**Order entered January 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00967-CV

## IN THE INTEREST OF T.S., ET AL., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-818-X**

## ORDER

Before the Court is Father's January 13, 2022 motion for a ten-day extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 24, 2022.

/s/     KEN MOLBERG
        JUSTICE